**Edward BARTSCH, Petitioner, v. COMMIS- SIONER OF INTERNAL REVENUE, Respondent.**

**No. 204, Docket 22442.**

United States Court of Appeals Second Circuit.

Argued April 15, 1953.

Decided May 5, 1953.

Edward J. Behrens, New York City, Charles H. Lawson, New York City, of counsel, for petitioner.

H. Brian Holland, Asst. Atty. Gen., Ellis N. Slack and Louise Foster, Sp. Assts. to Atty. Gen., for respondent.

Before SWAN, Chief Judge, and AU-GUSTUS N. HAND and FRANK, Circuit Judges.

PER CURIAM.

Decision affirmed on the opinion of the Tax Court, 18 T.C. 65.

**UNITED STATES of America, Plaintiff-Ap-pellee, v. Charles Anthony INZINA, Defendant-Appellant.**

**No. 269, Docket 22691.**

United States Court of Appeals Second Circuit.

Argued May 8, 1953.

Decided May 8, 1953.

Goodman A. Sarachan, Rochester, N. Y., for defendant-appellant.

George L. Grobe, U. S. Atty. for West-ern District of New York, Buffalo, N. Y. (Michael J. McMorrow, Asst. U. S. Atty., Buffalo, N. Y., of counsel), for plaintiff-appellee.

Before L. HAND, CHASE and CLARK, Circuit Judges.

PER CURIAM.

Judgment affirmed in open court.

**Joseph CHENEY, Petitioner-Appellee, v. Louis STERNBERG, Trustee-Appellant.**

**In the Matter of Melvin J. SCHNEIDER, Bankrupt.**

**No. 249, Docket 22666.**

United States Court of Appeals, Second Circuit.

Argued May 7, 1953.

Decided May 7, 1953.

Saperston, McNaughton & Saperston, Buffalo, N. Y. (Harry Wiltse, Buffalo, N. Y., of counsel), for trustee-appellant.

Maurice Lutwack, Buffalo, N. Y., for pe-titioner-appellee.

Before AUGUSTUS N. HAND, CHASE and CLARK, Circuit Judges.

PER CURIAM.

Order affirmed in open court.